Filed 3/6/15  P. v. Nelson CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MICHAEL NELSON,<br><br>    Defendant and Appellant. | D066717<br><br><br><br>(Super. Ct. No. SCD257636) |

APPEAL from a judgment of the Superior Court of San Diego County, Charles R. Gill and Polly H. Shamoon, Judges.  Affirmed.

Christian C. Buckley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Michael Nelson entered into a plea agreement, under the terms of which he pleaded guilty to one count of sale of methamphetamine (Health & Saf. Code, § 11379, subd. (a)).  The parties agreed the remaining enhancements and alleged prior convictions would be dismissed.  Nelson stipulated to a four-year term to be served locally.

Nelson was sentenced to a four-year term in accordance with the plea agreement. He filed a timely notice of appeal, but did not obtain a certificate of probable cause.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating he has been unable to identify any reasonably arguable issues for reversal on appeal. He asks this court to review the record for error as mandated by *Wende*.

We offered Nelson the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

On July 29, 2014, Nelson was arrested after he sold a small quantity of methamphetamine to an undercover San Diego Police Officer.

## DISCUSSION

As we have noted, appellate counsel has indicated he is unable to identify any reasonably arguable issues for appeal and has asked this court to review the record for error. (*Wende, supra*, 25 Cal.3d 436.) Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible, but not arguable issue in order to assist the court in its search for error:

Whether Nelson's plea was knowing and voluntary?

We have reviewed the entire record in accordance with *Wende, supra*, 25 Cal.3d 436 and *Anders, supra,* 386 U.S. 738. We have been unable to identify any reasonably arguable issue for reversal on appeal. Nelson has been represented by competent counsel on this appeal.

2

DISPOSITION

The judgment is affirmed.

                                                                          HUFFMAN, J.

WE CONCUR:

BENKE, Acting P. J.

O'ROURKE, J.